FB

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CARLOS CAMELLO | : | CIVIL ACTION |
| v. | : | |
| J. BARRY JOHNSON, ET AL. | : | NO. 12-280 |

FILED
MAR 19 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 18th day of March, 2013, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 1), and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Docket No. 18), to which Petitioner has filed no Objections, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Sitarski is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

3. Because Petitioner has failed to make a substantial showing of the denial of a constitutional right or to demonstrate that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability under 28 U.S.C. § 2253(c)(2).

4. The Clerk shall **CLOSE** this case statistically.

BY THE COURT:

John R. Padova, J.